ANNA R. BUONO (State Bar No. 232753)
  annabuono@dwt.com
GIANCARLO UREY (State Bar No. 267069)
  giancarlourey@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendant
MERGERMARKET (U.S.) LTD.

# SUPERIOR COURT OF THE STATE OF CALIFORNIA
## COUNTY OF MENDOCINO

| | |
|---|---|
| RICKY L. APPIN,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>MERGERMARKET (U.S.) LTD., a New York Corporation, ION TRADING, INC., a New York Corporation, ACURIS INC., a Delaware Corporation, and DOES 110,<br><br>　　　　　　Defendants. | Case No. 23CV00305<br><br>**MERGERMARKET (U.S.) LTD.'S ANSWER TO COMPLAINT**<br><br>Action Filed: April 7, 2023 |

---

MERGERMARKET'S ANSWER TO COMPLAINT
4895-3081-8925v.3 0122151-000001

Defendant Mergermarket (U.S.) Ltd. ("Defendant"), answering for itself and no others, in response to the unverified Complaint for Damages ("Complaint") filed by Plaintiff Ricky L. Appin ("Plaintiff"), responds as follows:

## GENERAL DENIAL

1. Pursuant to California Code of Civil Procedure Section 431.30(d), Defendant denies, generally and specifically, each and every allegation contained in Plaintiff's Complaint and each and every cause of action therein.

2. Defendant further denies that Plaintiff has sustained any injury, damage, or loss by reason of any act or omission on the part of Defendant and specifically denies that Plaintiff suffered any of the damages alleged in the Complaint.

3. Defendant further denies that Plaintiff is entitled to any relief against Defendant on any ground whatsoever and denies that Plaintiff is entitled to damages against Defendant in any amount.

## AFFIRMATIVE AND OTHER DEFENSES

Having fully answered the allegations in the Complaint, Defendant asserts the following additional affirmative and other defenses. In so doing, Defendant does not allege or admit that it has the burden of proof and/or persuasion with respect to any of these matters.

## FIRST AFFIRMATIVE DEFENSE

### (Failure to State a Claim)

1. The Complaint, and each and every cause of action therein, fails to state facts sufficient to constitute a cause, or causes, of action against Defendant.

## SECOND AFFIRMATIVE DEFENSE

### (Statute of Limitations)

2. The Complaint, and each and every cause of action therein, is barred by the applicable statute(s) of limitations, including, without limitation, California Code of Civil Procedure Sections 335.1, 337, 338, 339, 340, California Civil Code Sections 52(b)(2), California Government Code Section 12960(d) and 12965(b), and California Business and Professions Code Section 17208.

MERGERMARKET'S ANSWER TO COMPLAINT
4895-3081-8925v.3 0122151-000001

1

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

## THIRD AFFIRMATIVE DEFENSE

### (Laches/Waiver/Estoppel/Unclean Hands)

3. The Complaint, and each and every cause of action therein, is barred by the equitable doctrines of laches, waiver, estoppel, and unclean hands.

## FOURTH AFFIRMATIVE DEFENSE

### (Failure to Fulfill Administrative Prerequisites)

4. Plaintiff is precluded from asserting some or all of Plaintiff's claims to the extent that Plaintiff has failed to satisfy and exhaust the administrative prerequisites for bringing such claims, and/or to the extent the Complaint is based on alleged acts or omissions not encompassed in the charges filed by Plaintiff with the California Civil Rights Department.

## FIFTH AFFIRMATIVE DEFENSE

### (Workers' Compensation Exclusivity)

5. As to any claim by Plaintiff for physical, mental or emotional distress arising out of Plaintiff's employment, any such claim is barred in whole or in part by the California Workers' Compensation Act, California Labor Code Sections 3200, *et seq.*, which provides the exclusive remedy for such injuries.

## SIXTH AFFIRMATIVE DEFENSE

### (Ratification and Consent)

6. The Complaint, and each and every cause of action therein, is barred by the ratification of, acquiescence in, or consent to Defendant's alleged conduct by Plaintiff.

## SEVENTH AFFIRMATIVE DEFENSE

### (Good Faith/Business Judgment)

7. The Complaint, and each and every cause of action therein, is barred because the acts or omissions of Defendant at all times relevant were in good faith, in the exercise of their reasonable business judgment, for good cause, and for legitimate business purposes and/or necessity, and therefore, privileged.

2

MERGERMARKET'S ANSWER TO COMPLAINT
4895-3081-8925v.3 0122151-000001

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

## EIGHTH AFFIRMATIVE DEFENSE

### (Employment At-Will)

8. The Complaint, and each and every cause of action therein, is barred because Plaintiff was an employee at will pursuant to California Labor Code Section 2922 and was not entitled to continued employment.

## NINTH AFFIRMATIVE DEFENSE

### (Statute of Frauds)

9. The Complaint, and in particular the eighth cause of action for breach of contract, is barred because pursuant to California Civil Code Section 1624 the alleged contract at issue needed to be in writing to be enforceable.

## TENTH AFFIRMATIVE DEFENSE

### (After-Acquired Evidence)

10. The Complaint, and each and every cause of action therein, is barred to the extent that Defendant has discovered facts, or may later discover facts, which, if known to Defendant prior to Plaintiff's layoff, would have created additional grounds or bases for Defendant's decision to separate Plaintiff's employment.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Other Factors / Mixed-Motive)

11. Even if Plaintiff could prove that an illegal motive was a factor in any employment action by Defendant – although such is not hereby admitted and is specifically denied – there were other legitimate factors that motivated the action. Defendant asserts that it would have taken the same action with respect to Plaintiff in the absence of any impermissible motivating factors.

## TWELFTH AFFIRMATIVE DEFENSE

### (Lack of Good Faith)

12. The Complaint, and each and every cause of action therein, is barred in whole or in part because, even assuming *arguendo* that Plaintiff engaged in protected activity, such

3
MERGERMARKET'S ANSWER TO COMPLAINT
4895-3081-8925v.3 0122151-000001

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

protected activity was done in order to retaliate against Defendant for legitimate employment actions and, thus, was not made in good faith.

### THIRTEENTH AFFIRMATIVE DEFENSE

**(Unjust Enrichment)**

13. The Complaint, and each and every cause of action therein, is barred because Plaintiff would be unjustly enriched if Plaintiff is permitted to recover on the Complaint.

### FOURTEENTH AFFIRMATIVE DEFENSE

**(Failure to Mitigate)**

14. While Defendant denies that Plaintiff has been damaged in any way, if it should be determined that Plaintiff has suffered legally recognizable damages, such damages must be reduced or denied in their entirety to the extent that Plaintiff has failed to take reasonable action to mitigate or minimize Plaintiff's alleged damages.

### FIFTEENTH AFFIRMATIVE DEFENSE

**(Set-Off)**

15. While Defendant denies that Plaintiff has been damaged in any way, if it should be determined that Plaintiff has suffered legally recognizable damages, such damages must be offset by amounts owed by Plaintiff to Defendant.

### SIXTEENTH AFFIRMATIVE DEFENSE

**(Failure to State a Claim for Punitive Damages)**

16. The Complaint, and each and every cause of action contained therein, fails to state facts sufficient to entitle Plaintiff to an award of exemplary or punitive damages.

### SEVENTEENTH AFFIRMATIVE DEFENSE

**(Punitive Damages Unconstitutional)**

17. Plaintiff is precluded from recovering punitive damages, either in whole or in part, from Defendant, under the applicable provisions of law, including, but not limited to Article I, Section 10, Article IV, Section 2 and the First, Fifth, Sixth, Eighth and Fourteenth Amendments of the United States Constitution and Article I, Section 7, 9, 15, 17, and Article IV, Section 16 of the California Constitution and California Civil Code Section 3294.

4
MERGERMARKET'S ANSWER TO COMPLAINT
4895-3081-8925v.3 0122151-000001

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

## EIGHTEENTH AFFIRMATIVE DEFENSE

### (No Recovery of Attorneys' Fees)

18. The Complaint, and each and every cause of action therein, is barred in whole or in part pursuant to California Code of Civil Procedure Section 1033(a) to the extent it seeks to recover attorneys' fees and Plaintiff's damages, which Defendant specifically denies Plaintiff has suffered, not to exceed $25,000.

\* \* \* \*

Defendant presently has insufficient knowledge or information upon which to form a belief as to whether it may have additional, as yet unstated, affirmative defenses available. Defendant reserves the right to assert additional affirmative defenses in the event discovery indicates that it would be appropriate.

## PRAYER

WHEREFORE, Defendant prays for judgment as follows:

1. That Plaintiff takes nothing by way of the Complaint;
2. That the Complaint be dismissed with prejudice and judgment entered in favor of Defendant;
3. That Defendant be awarded its costs of suit;
4. That Defendant be awarded attorneys' fees pursuant to statute and/or contract; and
5. For such other and further relief as the Court deems just and proper.

DATED: July 5, 2023

DAVIS WRIGHT TREMAINE LLP
ANNA R. BUONO
GIANCARLO UREY

By: _____
Giancarlo Urey
Attorneys for Defendant
MERGERMARKET (U.S.) LTD.

5
MERGERMARKET'S ANSWER TO COMPLAINT
4895-3081-8925v.3 0122151-000001

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

# PROOF OF SERVICE BY MAIL

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Davis Wright Tremaine LLP, Suite 2400, 865 South Figueroa Street, Los Angeles, California 90017-2566.

On July 5, 2023, I served the foregoing document(s) described as: **MERGERMARKET (U.S.) LTD.'S ANSWER TO COMPLAINT** by placing a **true copy** of said document(s) enclosed in a sealed envelope(s) for each addressee named below, with the name and address of the person served shown on the envelope as follows:

Sarah R. Nichols
Nichols Law, P.C.
9 Pier, Ste. 100
San Francisco, Ca 94109

I placed such envelope(s) with postage thereon fully prepaid for deposit in the United States Mail in accordance with the office practice of Davis Wright Tremaine LLP, for collecting and processing correspondence for mailing with the United States Postal Service. I am familiar with the office practice of Davis Wright Tremaine LLP, for collecting and processing correspondence for mailing with the United States Postal Service, which practice is that when correspondence is deposited with the Davis Wright Tremaine LLP, personnel responsible for delivering correspondence to the United States Postal Service, such correspondence is delivered to the United States Postal Service that same day in the ordinary course of business.

Executed on July 5, 2023, at Los Angeles, California.

x   State   I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

☐   Federal   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Lisa Hernandez
Print Name                                                Signature

6
MERGERMARKET'S ANSWER TO COMPLAINT
4895-3081-8925v.3 0122151-000001

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899