1  ANNA R. BUONO (State Bar No. 232753)
     annabuono@dwt.com
2  GIANCARLO UREY (State Bar No. 267069)
     giancarlourey@dwt.com
3  DAVIS WRIGHT TREMAINE LLP
   865 South Figueroa Street, 24th Floor
4  Los Angeles, California  90017-2566
   Telephone:  (213) 633-6800
5  Fax:  (213) 633-6899

6  Attorneys for Defendant
   MERGERMARKET (U.S.) LTD.
7

8
                        IN THE UNITED STATES DISTRICT COURT
9
                        THE NORTHERN DISTRICT OF CALIFORNIA
10

11
   RICKY L. APPIN,                              Case No. 1:23-cv-03372-HSG
12
                     Plaintiff,
13                                              **DEFENDANT MERGERMARKET (U.S.)
                                                LTD.'s FEDERAL RULE OF CIVIL
       vs.                                      PROCEDURE 7.1 DISCLOSURE
14                                              STATEMENT AND LOCAL RULE 3-15
   MERGERMARKET (U.S.) LTD., a New York         CERTIFICATION OF INTERESTED
15 Corporation, ION TRADING, INC., a New York   ENTITIES OR PERSONS**
   Corporation, ACURIS INC., a Delaware
16 Corporation, and DOES 110,

17                 Defendants.

18

19

20

21

22

23

24

25

26

27

28
   _____
   CORPORATE DISCLOSURE STATEMENT
   AND CERTIFICACTION OF INTERESTED PARTIES
   4892-8031-8830v.2 0122151-000001

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3-15 of the Northern District of California Civil Local Rules, Defendant Mergermarket (U.S.) Ltd. ("Mergermarket") hereby files it Corporate Disclosure Statement and Certification of Interested Entities or Persons.

Mergermarket, a New York corporation, is a wholly owned subsidiary of Mergermarket USA, Inc. No publicly held corporation owns 10% or more of Mergermarket USA, Inc.

Pursuant to Local Rule 3-15, the undersigned certifies that as of this date, other than the named parties and Mergermarket USA, Inc., there are no associations, firms, partnerships, corporations (including parent corporations), or other entities known by Mergermarket to have either: (i) a financial interest of any kind in the subject matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding.

DATED: July 25, 2023

DAVIS WRIGHT TREMAINE LLP
ANNA R. BUONO
GIANCARLO UREY

By: _____
Giancarlo Urey

Attorneys for Defendant
MERGERMARKET (U.S.) LTD.

1

CORPORATE DISCLOSURE STATEMENT
AND CERTIFICACTION OF INTERESTED PARTIES
4892-8031-8830v.2 0122151-000001

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899