Sarah R. Nichols (SBN 233099)
**NICHOLS LAW, P.C.**
9 Pier, Ste 100
San Francisco, California 94109
Telephone: (415) 710-9116
Email: sarah@nicholslawyer.com

Attorneys for Plaintiff
RICKY L. APPIN

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY L. APPIN,<br><br>Plaintiff,<br><br>v.<br><br>MERGERMARKET (U.S.) LTD., a New York Corporation ION TRADING, INC., a New York Corporation, ACURIS INC., a Delaware Corporation and DOES 1-10,<br><br>Defendants. | Case No. 4:23-cv-03372-HSG<br><br>**PROOF OF SERVICE OF SUMMONS** |

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Sarah R. Nichols, 233099<br>Nichols Law, P.C.<br>75 Broadway, Ste 202<br>San Francisco, CA 94111<br>TELEPHONE NO.: 4155043095<br>ATTORNEY FOR *(Name):* Plaintiff | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
Superior Court of California, Mendocino County
100 N. State Street
Ukiah, CA 95482-4416

PLAINTIFF/PETITIONER: Ricky L. Appin
DEFENDANT/RESPONDENT: Mergemarket (U.S.) LTD., et al.

CASE NUMBER: 23CV00305

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.: Appin

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.
2. I served copies of: Summons Issued/Filed, Complaint, Civil Cover Sheet Filed, Notice of Case Management Conference, Notice of Alternative Dispute Resolution Information Packet

3. a. Party served: ION Trading, Inc., a New Jersey Corporation

   b. Person Served: Osmara Martinez - Intake Specialist - CT Corporation System - Person Authorized to Accept

4. Address where the party was served: 28 Liberty Street New York
   New York, NY 10005

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date): 06/22/2023    (2) at (time): 12:30PM

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   d. on behalf of:

   ION Trading, Inc., a New Jersey Corporation
   under: CCP 416.10 (corporation)

7. **Person who served papers**
   a. Name:       Michael Marra
   b. Address:    One Legal - P-000618-Sonoma
                  1400 North McDowell Blvd, Ste 300
                  Petaluma, CA 94954
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 160.00
   e I am:
      (1) Not a registered California process server.

8. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
   Date: 07/06/2023

   Michael Marra
   (NAME OF PERSON WHO SERVED PAPERS)                 (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
OL# 20642956