ANNA R. BUONO (State Bar No. 232753)
  annabuono@dwt.com
GIANCARLO UREY (State Bar No. 267069)
  giancarlourey@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendants
MERGERMARKET (U.S.) LTD. and
ION TRADING, INC.

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY L. APPIN,<br><br>            Plaintiff,<br><br>    vs.<br><br>MERGERMARKET (U.S.) LTD., a New York Corporation, ION TRADING, INC., a New York Corporation, ACURIS INC., a Delaware Corporation, and DOES 110,<br><br>            Defendants. | Case No. 1:23:cv-03372-HSG<br><br>**DECLARATION OF COLM CASEY IN SUPPORT OF SPECIALLY-APPEARING DEFENDANT ION TRADING, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR LACK OF PERSONAL JURISDICTION**<br><br>[Fed. R. Civ. Proc. 12(b)(2)]<br><br>Date:         November 9, 2023<br>Time:         2:00 p.m.<br>Courtroom:  2 (4th Floor)<br><br>Assigned to Hon. Haywood S. Gilliam<br><br>State Court Action Filed: April 7, 2023<br>Removed to Federal Court: July 6, 2023 |

I, Colm Casey, hereby declare and state as follows:

1. I am General Counsel of the ION group of companies ("ION Group"), a trading name for a group of affiliated entities and have been since July 2023. Immediately prior to that, I was divisional General Counsel of ION Corporates, since 2016, and I have been employed by the ION Group since 2011. I submit this Declaration in support of ION Trading's Motion to Dismiss. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, I could and would testify to the truth of these facts. I have reviewed the Complaint filed by Plaintiff Ricky Appin.

2. ION Trading is a member of the ION Markets division of the ION Group which is a leading global provider of trade pricing, trade execution, trade processing and workflow automation for equities, fixed income, forex trading, cleared derivatives, secured funding, and asset management.

3. ION Trading is incorporated in the State of Illinois and headquartered in the State of New York, with its primary place of business located at 1345 Avenue of the Americas, New York, NY 10105.

4. ION Trading is not registered to do business in California, and it does not do business in California. It does not have any offices in California. It owns no property in California, has no bank accounts in California, and does not pay corporate California taxes. It serves no clients or customers in California. It does not have any officers, managers, or executives residing in California. It sells no products in California. It does not have a website in its own right, including one directed to California. ION Trading does not direct any corporate activities at California, control any corporate activities from California, or coordinate any corporate activities from California.

5. A majority of ION Trading's employees are located in Illinois, New York, or Pennsylvania. ION Trading employs approximately 107 employees in total. It is registered to do business in four states: New York, New Jersey, North Carolina, and Vermont.

6. Only one ION Trading employee resides in California. The employee did not seek ION Trading's approval to relocate from Horsham, Pennsylvania, to California before doing so.

1
DECLARATION OF COLM CASEY ISO MOTION TO DISMISS
Case No. 1:23:cv-03372-HSG
4861-1181-8104v.1 0122151-000001

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

The employee works entirely remote from California. He does not go into a physical office. None of the activities the employee engages in on behalf of ION Trading overlap with Ms. Appin's allegations in the Complaint. The employee is a Software Engineer for the Markets division.

7. At all times, Mergermarket (U.S.) Ltd. ("Mergermarket") employed Ms. Appin. Ms. Appin was never employed by ION Trading. Ms. Appin never received a paycheck from ION Trading. At all times, she was paid by Mergermarket and her work was directed towards the operations of Mergermarket in North America.

8. While Mergermarket and ION Trading are part of ION Group's companies, they are unrelated operating entities segmented between divisions of the ION Group. ION Trading forms part of the ION Markets division and Mergermarket forms part of the ION Analytics division. These divisions operate distinct businesses and serve a different portfolio of clientele. They both have a separate lender group, have segmented capital structures and registered trading securities and any business between the divisions is done at arm's length.

9. Mergermarket is a wholly-owned subsidiary of Mergermarket USA, Inc. At no point did ION Trading acquire Mergermarket. At no point has ION Trading owned Mergermarket, either wholly or in part. At no point did ION Trading have any role in the acquisition and/or merger of Mergermarket.

10. Acuris Inc. ("Acuris") is not a wholly owned subsidiary of ION Trading. At no point has ION Trading owned Acuris, either wholly or in part.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on August 17, 2023 at Galway, Ireland.

_____
Colm Casey

2
DECLARATION OF COLM CASEY ISO MOTION TO DISMISS
Case No. 1:23:cv-03372-HSG
4861-1181-8104v.1 0122151-000001

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899