IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY L. APPIN,<br><br>  Plaintiff,<br><br>  vs.<br><br>MERGERMARKET (U.S.) LTD., a New York Corporation, ION TRADING, INC., a New York Corporation, ACURIS INC., a Delaware Corporation, and DOES 110,<br><br>  Defendants. | Case No. 4:23:cv-03372-HSG<br><br>**[PROPOSED] ORDER GRANTING SPECIALLY-APPEARING DEFENDANT ION TRADING, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR LACK OF PERSONAL JURISDICTION**<br><br>[Fed. R. Civ. Proc. 12(b)(2)]<br><br>Assigned to Hon. Haywood S. Gilliam, Jr.<br><br>State Court Action Filed: April 7, 2023<br>Removed to Federal Court: July 6, 2023 |

---

[PROPOSED] ORDER GRANTING MOTION TO DISMISS
4893-3979-5064v.2 0122151-000001

## **ORDER**

The Federal Rule of Civil Procedure 12(b)(2) Motion to dismiss for lack of personal jurisdiction filed by specially-appearing Defendant ION Trading, Inc. ("Defendant"), having come on for hearing before the above-entitled Court, the Honorable Haywood S. Gilliam, Jr., U.S. District Judge presiding, the Court having fully considered the moving, opposition, and reply papers, and the argument of counsel, rules as follows:

Pursuant to Federal Rule of Civil Procedure 12(b)(2), the Court finds that Plaintiff Ricky L. Appin's Complaint against Defendant must be dismissed for lack of personal jurisdiction.

**IT IS HEREBY ORDERED** that Defendant's Motion be and hereby is **GRANTED** and Defendant ION Trading, Inc. is dismissed from this action.

Dated:

                                    Hon. Haywood S. Gilliam, Jr.
                                    UNITED STATES DISTRICT JUDGE