UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY L APPIN,<br><br>          Plaintiff,<br><br>    v.<br><br>MERGERMARKET (U.S.) LTD., et al.,<br><br>          Defendants. | Case No.  23-cv-03372-HSG<br><br>**SCHEDULING ORDER** |

A case management conference was held on December 19, 2023. Having considered the parties' proposals, *see* Dkt. No. 32, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | March 15, 2024 |
| Close of Fact Discovery | July 12, 2024 |
| Exchange of Opening Expert Reports | July 26, 2024 |
| Exchange of Rebuttal Expert Reports | August 16, 2024 |
| Close of Expert Discovery | September 6, 2024 |
| Dispositive Motion Hearing Deadline | October 24, 2024 at 2:00 p.m. |
| Pretrial Conference | January 21, 2025 at 3:00 p.m. |
| Jury Trial (10 days) | February 10, 2025 at 8:30 a.m. |

//

//

//

//

United States District Court
Northern District of California

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated: 12/20/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge