ANNA R. BUONO (State Bar No. 232753)
   annabuono@dwt.com
GIANCARLO UREY (State Bar No. 267069)
   giancarlourey@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendants
MERGERMARKET (U.S.) LTD., ION TRADING, INC.,
and ACURIS, INC.

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY L. APPIN,<br><br>    Plaintiff,<br><br>    vs.<br><br>MERGERMARKET (U.S.) LTD., a New York Corporation, ION TRADING, INC., a New York Corporation, ACURIS INC., a Delaware Corporation, and DOES 1-10,<br><br>    Defendants. | Case No. 4:23-cv-03372-HSG<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF <u>SPECIALLY APPEARING</u> DEFENDANT ION TRADING, INC.'S OPPOSITION TO PLAINTIFF RICKY L. APPIN'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION**<br><br>[Opposition to Motion for Leave to File Motion for Reconsideration Filed Concurrently] |

Pursuant to Rule 201 of the Federal Rules of Evidence, Specially Appearing Defendant ION Trading, Inc. hereby respectfully requests that the Court take judicial notice of the Certificate of Merger of Acuris, Inc. and Mergermarket (U.S.) Ltd, a true and correct copy of which is attached hereto as **Exhibit A**. The Certificate of Merger is a public document and its authenticity can be accurately and readily determined from the Delaware Secretary of State website at https://corp.delaware.gov/authver/. This Court may, therefore, take judicial notice of the Certificate of Merger. *See* Fed. R. Evid. 201(b)(2) (allowing judicial notice of "a fact that is not subject to reasonable dispute because it . . . can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned."); *see also Lindsey v. United Airlines, Inc.*, No. C 17-00753 WHA, 2017 WL 2404911, at *6 (N.D. Cal. June 2, 2017) (taking judicial notice of a certificate of merger on a motion to dismiss).

DATED: December 22, 2023                    DAVIS WRIGHT TREMAINE LLP

By: */s/ Giancarlo Urey*

Attorneys for Defendants
MERGERMARKET (U.S.) LTD., ION TRADING, INC., and ACURIS, INC.

1

RJN ISO OPP. TO MOT. FOR LEAVE
Case No. 4:23-cv-03372-HSG
4869-1438-4536v.1 0122151-000001

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

# EXHIBIT A

# Delaware

Page 1

The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF MERGER, WHICH MERGES:

"ACURIS INC.", A DELAWARE CORPORATION,

WITH AND INTO "MERGERMARKET (U.S.) LTD." UNDER THE NAME OF "MERGERMARKET (U.S.) LTD.", A CORPORATION ORGANIZED AND EXISTING UNDER THE LAWS OF THE STATE OF NEW YORK, AS RECEIVED AND FILED IN THIS OFFICE ON THE ELEVENTH DAY OF OCTOBER, A.D. 2023, AT 11:42 O`CLOCK A.M.



Jeffrey W. Bullock, Secretary of State

3156191  8100M
SR# 20233704695

Authentication: 204546848
Date: 11-08-23

You may verify this certificate online at corp.delaware.gov/authver.shtml

DocuSign Envelope ID: F0DE3774-68CB-475A-BE9A-2672E468EA14

State of Delaware
Secretary of State
Division of Corporations
Delivered 11:42 AM 10/11/2023
FILED 11:42 AM 10/11/2023
SR 20233704695 - File Number 3156191

**CERTIFICATE OF MERGER**

**OF**

**ACURIS INC.,**
**a Delaware corporation**

**WITH AND INTO**

**MERGERMARKET (U.S.) LTD.**
**a New York corporation**

The undersigned corporation, organized and existing under the New York Business Corporation Law ("NYBCL"), does hereby certify as follows:

1.  The name and state of incorporation of each of the constituent corporations are as follows:

| Name | State of Incorporation |
|---|---|
| Acuris Inc. | Delaware |
| Mergermarket (U.S.) Ltd. | New York |

2.  An Agreement and Plan of Merger (the "Merger Agreement") setting forth the terms and conditions of the merger of Acuris Inc. with and into Mergermarket (U.S.) Ltd. (the "Merger") has been approved, adopted, certified, executed and acknowledged by each of the constituent corporations in accordance with Section 252 of the General Corporation Law of the State of Delaware ("DGCL") and Section 907 of the NYBCL.

3.  The name of the surviving corporation is Mergermarket (U.S.) Ltd. (the "Corporation").

4.  The executed Merger Agreement is on file at the place of business of the Corporation at the following address: 1345 Avenue of the Americas, 49th Floor, New York, NY 10105.

5.  A copy of the Merger Agreement will be furnished by the Corporation, on request and without cost, to any stockholder of either constituent corporation.

6.  The Corporation agrees it may be served with process in accordance with Section 252(d) of the DGCL at National Registered Agents, Inc. 28 Liberty St, New York, NY 10005.

[*Signature page follows*]

IN WITNESS WHEREOF, Mergermarket (U.S.) Ltd. has caused this Certificate of Merger to be executed by a duly authorized signatory this 30th day of September 2023.

MERGERMARKET (U.S.) LTD.

By *Kunal Gullapalli*
      0C2C0E54F231437

Name: Kunal Gullapalli
Title: Authorized Officer

[*Signature Page to Certificate of Merger (Delaware)*]