1
2
3
4
5
6
7

8                    IN THE UNITED STATES DISTRICT COURT

9                    THE NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| RICKY L. APPIN, | Case No. 4:23:cv-03372-HSG |
| Plaintiff, | **ORDER TO AMEND SCHEDULING ORDER AND SET SUPPLEMENTAL BRIEFING SCHEDULE** |
| vs. | |
| MERGERMARKET (U.S.) LTD., a New York Corporation, MERGERMARKET LIMITED, ION TRADING, INC., a New York Corporation, ION INVESTMENT GROUP LIMITED, a foreign corporation, ACURIS INC., a Delaware Corporation, DEALOGIC, L.L.C., a foreign LLC; and DOES 1-10, | Assigned to Hon. Haywood S. Gilliam, Jr. Magistrate: Hon. Donna M. Ryu |
| Defendants. | |

# **ORDER**

Having read and considered the Joint Stipulation to modify the Scheduling Order, Good Cause appearing, the Court grants the Parties' request and amends the scheduling order as follows:

| EVENT | DEADLINE |
|---|---|
| **Close of Fact Discovery** | September 6, 2024 |
| **Exchange of Opening Expert Reports** | August 16, 2024 |
| **Exchange of Rebuttal Expert Reports** | August 30, 2024 |
| **Close of Expert Discovery** | September 6, 2024 |
| **L/D to file MSJ** | Per the FRCP/LR |
| **L/D to file Opposition to MSJ** | Per the FRCP/LR |
| **L/D to file Reply to Opp to MSJ** | Per the FRCP/LR |
| **Dispositive Motion Hearing** | Oct. 24, 2024 at 2 p.m. |
| **Pretrial Conference** | Jan. 21, 2025 at 3 p.m. |
| **Jury Trial (10 days)** | Feb. 10, 2025 at 8:30 a.m. |

Additionally, Plaintiff shall file a supplemental brief related to Specially-Appearing Defendant ION TRADING, INC.'s Second Motion to Dismiss not to exceed five pages on or before June 24, 2024. Specially-Appearing Defendant ION TRADING, INC. shall file a responding brief not to exceed five pages on or before July 1, 2024

**IT IS SO ORDERED.**

Dated: 6/21/2024

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge

ORDER
Case No. 4:23:cv-03372-HSG
4863-3145-7738v.1 0122151-000001

1