1  SARAH R. NICHOLS (State Bar No. 233099)
   sarah@nicholslawyer.com
2  FELICIA MEDINA (State Bar No. 255804)
   felicia@nicholslawyer.com
3  **NICHOLS LAW, P.C.**
   9 Pier, Ste 100
4  San Francisco, California 94111
   Telephone: (415) 710-9116
5
   *Attorneys for Plaintiff*
6  RICKY L. APPIN

7

8

9                IN THE UNITED STATES DISTRICT COURT

10                 THE NORTHERN DISTRICT OF CALIFORNIA

11

12 | RICKY L. APPIN,                              | Case No. 4:23-cv-03372-HSG
13 |                    Plaintiff,                |
14 |        vs.                                   | **PLAINTIFF'S UNOPPOSED REQUEST FOR ONE WEEK EXTENSION OF DEADLINE RE ORDER NO. 113 AND ORDER**
15 | MERGERMARKET (U.S.) LTD., a New York Corporation, MERGERMARKET LIMITED, ION TRADING, INC., a New York Corporation, ION INVESTMENT GROUP LIMITED, a foreign corporation, ACURIS INC., a Delaware Corporation, DEALOGIC, L.L.C., a foreign LLC; and DOES 1-10, |
16 |                                              | Judge: Hon. Haywood S. Gilliam, Jr.
17 |                                              | Magistrate Judge: Hon. Donna M. Ryu
18 |                                              | Action Filed: April 7, 2023
19 |                    Defendants.               | Removed to Federal Court: July 6, 2023

In response to the Court's July 19, 2024 Order on Jurisdictional Discovery (the "Order") [Dkt. 113], Plaintiff Ricky L. Appin ("Plaintiff") submits this request for a one-week extension to comply with Order No. 113. Defendant is unopposed to this administrative motion and request.

Whereas, Order No. 113 required Plaintiff within one week of the Order (Friday, July 26, 2024), to meet and confer with Defendant and file an agreed-upon proposal for jurisdictional discovery with the Court. In the alternative, if a proposal is not agreed upon, the matter must be submitted to Judge Ryu.

Whereas, the parties are engaging in meet and confer efforts regarding related discovery matters and were just informed that a witness who Plaintiff was deposing on Thursday, July 25, 2024 is ill and had to postpone the deposition. People in Plaintiff's counsel's office are also ill. The parties are in the process of rescheduling depositions. As explained to Defendants, Plaintiff needed the deposition of a key witness to take place this Thursday to better inform the jurisdictional discovery she needs to serve.

Therefore, Plaintiff needs additional time to comply with the Court's Order based on the status of discovery and meet and confer efforts to-date and herein requests a one-week extension to Friday, August 2, 2024 to submit a joint proposal on jurisdictional discovery to the Court or submit a dispute, if any, to Judge Ryu.

DATED: July 23, 2024　　　　　　　　　　　Respectfully submitted,

**NICHOLS LAW, P.C.**

By: /s/ *Sarah Nichols*
　　　　　　Sarah Nichols

*Attorneys for Plaintiff*
RICKY L. APPIN

## **ORDER**

**IT IS HEREBY ORDERED** that Plaintiff's unopposed request for a one-week extension to comply with Order No. 113, to August 2, 2024, is **GRANTED.**

Dated: 7/24/2024

Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE