UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY L APPIN,<br><br>     Plaintiff,<br><br>v.<br><br>MERGERMARKET (U.S.) LTD., et al.,<br><br>     Defendants. | Case No. 23-cv-03372-HSG<br><br>**AMENDED SCHEDULING ORDER**<br><br>Re: Dkt. No. 119 |

On August 2, 2024, the parties submitted a proposed scheduling order and briefing schedule. Dkt. No. 119. Having considered the parties' proposal, the Court **RESETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Exchange of Opening Expert Reports | September 23, 2024 |
| Exchange of Rebuttal Expert Reports | September 30, 2024 |
| Close of Fact and Expert Discovery | October 7, 2024 |
| Dispositive Motion Hearing | December 12, 2024 at 2:00 p.m. |
| Pretrial Conference | February 25, 2025 at 3:00 p.m. |
| Jury Trial (10 days) | March 10, 2025 at 8:30 a.m. |

Additionally, Plaintiff shall file a supplemental brief not to exceed seven pages related to Specially Appearing Defendant ION TRADING, INC.'s Second Motion to Dismiss on or before October 7, 2024. Specially Appearing Defendant ION TRADING, INC. shall file a reply not to exceed seven pages one week after Plaintiff submits additional evidence. No further filings will be permitted on this matter unless otherwise ordered.

1   These dates may only be altered by order of the Court and only upon a showing of good
2   cause. The parties are directed to review and comply with this Court's standing orders.
3   This order **TERMINATES** Dkt. No. 119.
4   **IT IS SO ORDERED.**
5   Dated:   8/8/2024

   *Haywood S. Gilliam Jr.*
   HAYWOOD S. GILLIAM, JR.
   United States District Judge