1  Sarah R. Nichols (SBN 233099)
   **NICHOLS LAW, P.C.**
2  9 Pier, Suite 100
   San Francisco California 94111
3  Telephone: (415) 710-9116
   Sarah@nicholslawyer.com
4
5  *Attorney for Plaintiff*
   RICKY L. APPIN
6
7  Anna R. Buono (State Bar No. 232753)
   Giancarlo Urey (State Bar No. 267069)
   Nicholas K. Doherty (*appearance pro hac vice*)
8  **DAVIS WRIGHT TREMAINE LLP**
   865 South Figueroa Street, 24th Floor
9  Los Angeles, California 90017-2566
10 Telephone: (213) 633-6800
   Annabuono@dwt.com
11 Giancarlourey@dwt.com
   Nicdoherty@dwt.com
12
13 *Attorneys for Defendants*
   MERGERMARKET (U.S.) LTD., ION TRADING, INC.,
   AND DEALOGIC, L.L.C.
14

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RICKY L. APPIN, | Case No. 4:23-cv-03372-HSG |
| Plaintiff, | **JOINT STIPULATION AND ORDER FOR CONTNUANCE OF DISCOVERY HEARING RE: JOINT DISCOVERY LETTER BRIEF** |
| vs. | |
| MERGERMARKET (U.S.) LTD., a New York Corporation, MERGERMARKET LIMITED, ION TRADING, INC., a New York Corporation, ION INVESTMENT GROUP LIMITED, a foreign corporation, ACURIS INC., a Delaware Corporation, DEALOGIC, L.L.C., a foreign LLC; and DOES 1-10, | Assigned to Honorable Haywood S. Gilliam, Jr.<br><br>Magistrate: Hon. Donna M. Ryu |
| Defendants. | |

i

**JOINT STIPULATION AND ORDER FOR CONTINUANCE OF DISCOVERY HEARING RE: JOINT DISCOVERY LETTER BRIEF**
*Appin v. Mergermarket, et. al.*
Case No. 4:23-cv-03372-HSG

Plaintiff Ricky L. Appin ("Plaintiff") and Defendants MERGERMARKET (U.S.) LTD., DEALOGIC, L.L.C., and Specially Appearing Defendant ION TRADING, INC. ("Defendants") (collectively, the "Parties") jointly submit the following Joint Stipulation for Continuance of Discovery Hearing. This Stipulation is made on the following basis:

1. WHEREAS, on August 8, 2024 the Court issued an Order granting the Parties' request to amend the scheduling order. *See* ECF No. 121.

2. WHEREAS, on July 31, 2024 the Parties filed a Joint Discovery Letter Brief Regarding Redacted Mental Health Records. *See* ECF No. 118.

3. WHEREAS, on August 14, 2024 one of Plaintiff's counsel of record departed from Nichols Law, P.C. and withdrew as counsel from this civil action, resulting in unavailability. *See* ECF No. 123.

4. WHEREAS, on August 16, 2024 the Court issued a Notice alerting the Parties of a Discovery Hearing re: Joint Discovery Letter Brief on September 12, 2024. *See* ECF No. 122.

5. WHEREAS, the remaining attorney of Plaintiff's counsel will be conducting pre-planned, pre-scheduled travel abroad and thus unable to appear remotely at the Discovery Hearing re. Joint Letter Brief on September 12, 2024.

6. WHEREAS, in light of Plaintiff's counsel's unavailability, Plaintiff requested that Defendants stipulate to a two-week continuance of the Discovery Hearing re. Joint Letter Brief.

7. WHEREAS, in order to avoid experiencing prejudice, Defendants explained to Plaintiff that they would be willing to agree to Plaintiff's requested two-week continuance, provided that Plaintiff allow Defendants to depose Plaintiff's mental health provider and conduct Plaintiff's mental examination on or before October 21, 2024.

8. WHEREAS, while Plaintiff does not consent to a mental examination, Plaintiff agrees that Defendants may depose her mental health provider and conduct her mental examination, assuming the Court orders Plaintiff to appear for a mental examination, on or before October 21, 2024.

1

**JOINT STIPULATION AND ORDER FOR CONTINUANCE OF DISCOVERY HEARING RE: JOINT DISCOVERY LETTER BRIEF**
*Appin v. Mergermarket, et. al.*
Case No. 4:23-cv-03372-HSG

9. THEREFORE, IT IS HEREBY STIPULATED, by and between the Parties, through their respective counsel of record, and subject to Court approval, the current Discovery Hearing re: Joint Discovery Letter Brief on September 12, 2024 should be amended as provided below to permit Counsel's attendance on the basis of particularized good cause demonstrated herein.

| EVENT | ORIGINAL DEADLINES | NEW PROPOSAL PROPOSAL |
|---|---|---|
| **Discovery Hearing re. Joint Discovery Letter Brief** | September 12, 2024, 1:00 PM | September 26, 2024, 1:00PM |

Respectfully Submitted,

DATED: September 3, 2024        NICHOLS LAW, P.C.

By: _____
    Sarah Nichols
    *Attorneys for Plaintiff*
    Ricky L. Appin

DATED: September 3, 2024        DAVIS WRIGHT TREMAINE LLP

By: ___/s/ Giancarlo Urey_____
    Anna R. Buono
    Giancarlo Urey
    Nicholas K. Doherty
    *Attorneys for Defendants*
    MERGERMARKET (U.S.) LTD., ION TRADING, INC., AND DEALOGIC, L.L.C.

**ORDER**

Having read and considered the Joint Stipulation to modify the Scheduling Order, Good Cause appearing, the Court grants the Parties' request and amends the scheduling order as follows:

| EVENT | DEADLINE |
|---|---|
| **Discovery Hearing re. Joint Discovery Letter Brief** | September 26, 2024, 1:00 PM in Oakland, by Videoconference only |

**IT IS SO ORDERED.**

Dated: September 3, 2024



_____
HON. DONNA M. RYU.
Chief Magistrate Judge

3

**JOINT STIPULATION AND ORDER FOR CONTINUANCE OF DISCOVERY HEARING RE: JOINT DISCOVERY LETTER BRIEF**
*Appin v. Mergermarket, et. al.*
Case No. 4:23-cv-03372-HSG