UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY L APPIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MERGERMARKET (U.S.) LTD., et al.,<br><br>　　　　　Defendants. | Case No. 23-cv-03372-HSG (DMR)<br><br>**ORDER RE: DEPOSITION OF KUNAL GULLAPALLI**<br><br>Re: Dkt. Nos. 134, 158, 159 |

The parties filed a joint discovery letter regarding their dispute about the deposition of Kunal Gullapalli, followed by additional court-ordered submissions. [Docket Nos. 134, 158, 159.] Having reviewed and considered all of the parties' submissions, including the transcript of Gullapalli's October 2, 2024 deposition, the court orders Defendants to produce Gullapalli for an additional two hours of deposition (for a total of four hours). Plaintiff's counsel may not ask any question already posed in the earlier deposition session. Although the parties are set for a hearing on Plaintiff's motion for leave to amend and Defendants' motion for summary judgment on December 12, 2024, neither side indicated that Gullapalli's deposition must be completed before that date. Accordingly, Defendants are ordered to produce Gullapalli for the remaining two hours of deposition by no later than January 15, 2025.

**IT IS SO ORDERED.**

Dated: December 5, 2024



Donna M. Ryu
Chief Magistrate Judge