| | |
|---|---|
| 1 | ANNA R. BUONO (State Bar No. 232753) |
| | annabuono@dwt.com |
| 2 | GIANCARLO UREY (State Bar No. 267069) |
| | giancarlourey@dwt.com |
| 3 | NICHOLAS K. DOHERTY (*pro hac vice*) |
| | nicdoherty@dwt.com |
| 4 | DAVIS WRIGHT TREMAINE LLP |
| | 350 South Grand Avenue, 27th Floor |
| 5 | Los Angeles, California  90071 |
| | Telephone:  (213) 633-6800 |
| 6 | Fax:  (213) 633-6899 |

Attorneys for Defendants
MERGERMARKET (U.S.) LTD., ION TRADING, INC., DEALOGIC, L.L.C., and MERGERMARKET LTD.

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RICKY L. APPIN,<br><br>                    Plaintiff,<br><br>     vs.<br><br>MERGERMARKET (U.S.) LTD., a New York Corporation, ION TRADING, INC., a New York Corporation, ACURIS INC., a Delaware Corporation, and DOES 110,<br><br>                    Defendants. | Case No. 4:23-cv-03372-HSG<br><br>**REQUEST TO APPEAR REMOTELY AT DECEMBER 12, 2024 HEARINGS ON:**<br>**(1) PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT; AND**<br>**(2) DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION; ORDER (as modified)**<br>Assigned to Hon. Haywood S. Gilliam, Jr.<br><br>Date:       December 12, 2024<br>Time:      2:00 p.m.<br>Crtrm.:    2<br><br>State Action Filed:  April 7, 2023<br>Removed to Federal Court: July 6, 2023<br>Amended Complaint Filed: March 14, 2024<br>Trial Date: March 10, 2025 |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

Pursuant to this Court's Civil Standing Order, paragraph 17, Anna R. Buono, counsel for Defendants Mergermarket (U.S.) Ltd., Dealogic, L.L.C., Mergermarket Ltd., and Specially Appearing Defendant ION Trading, Inc. respectfully requests permission from the Court to appear remotely, either by telephone or by Zoom, for the hearings on two motions: Plaintiff's Motion for Leave to File Second Amended Complaint, and Defendants' Motion for Summary Judgment or, in the Alternative, Summary Adjudication. Both hearings are currently scheduled for an in person hearing on December 12, 2024 at 2:00 p.m.

Defense counsel Giancarlo Urey will appear in person to argue the Defendants' Motion for Summary Judgment or, in the Alternative, Summary Adjudication, but Anna R. Buono seeks to appear remotely to argue Plaintiff's Motion for Leave to File Second Amended Complaint. Good cause exists to permit the attendance of Anna R. Buono at the hearing remotely, as she currently resides outside the Northern District of California, in Portland, Oregon.

DATED: December 5, 2024

DAVIS WRIGHT TREMAINE LLP
ANNA R. BUONO
GIANCARLO UREY
NICHOLAS K. DOHERTY

By: _/s/ Anna R. Buono_
      Anna R. Buono

Attorneys for Defendants
MERGERMARKET (U.S.) LTD., ION TRADING, INC., DEALOGIC, L.L.C., and MERGERMARKET LTD.

<u>**Order**</u>

This matter comes before the Court on counsel for Defendants' Request to Appear Remotely for the hearings on Plaintiff's Motion for Leave to File Second Amended Complaint and Defendants' Motion for Summary Judgment or, in the Alternative, Summary Adjudication scheduled on December 12, 2024 at 2:00 p.m.

The Court has considered the request, and otherwise being fully advised, the Court hereby GRANTS the request of counsel for Defendants. Defense counsel Anna R. Buono may appear remotely via Zoom. The CRD will e-mail counsel Anna R. Buono the Zoom information.

**IT IS SO ORDERED.**

DATED: 12/6/2024

_____
Honorable Haywood S. Gilliam, Jr.
United States District Court Judge