1  Sarah R. Nichols (SBN 233099)
   **NICHOLS LAW, P.C.**
2  9 Pier, Suite 100
   San Francisco, CA 94111
3  Telephone: (415) 710-9116
   Email:   Sarah@nicholslawyer.com
4
   Maria Bourn (SBN 269322)
5  Anthony Tartaglio (SBN 280286)
   **GOMERMAN BOURN & ASSOCIATES**
6  825 Van Ness Avenue, Suite 502
   San Francisco, CA 94109
7  Telephone: (415) 545-8608
   Email:   maria@gobolaw.com, tony@gobolaw.com
8  *Attorneys for Plaintiff*
   RICKY L. APPIN
9

10 Anna R. Buono (State Bar No. 232753)
   Giancarlo Urey (State Bar No. 267069)
11 Nicholas K. Doherty (*appearance pro hac vice*)
   **DAVIS WRIGHT TREMAINE LLP**
12 350 S. Grand Avenue, 27th Floor
   Los Angeles, CA 90071
13 Telephone: (213) 633-6800
14 Email:   Annabuono@dwt.com, Giancarlourey@dwt.com
            Nicdoherty@dwt.com
15
   *Attorneys for Defendants*
16 MERGERMARKET (U.S.) LTD., DEALOGIC, L.L.C.,
   and MERGERMARKET LTD.
17
                  IN THE UNITED STATES DISTRICT COURT
18
          THE NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION
19

20 | RICKY L. APPIN, | Case No. 4:23-cv-03372-HSG |
   |---|---|
21 | Plaintiff, | **JOINT STIPULATION AND ORDER TO AMEND SCHEDULING ORDER (REGARDING PRETRIAL CONFERENCE AND TRIAL DATES ONLY) AS MODIFIED** |
22 | vs. | |
23 | MERGERMARKET (U.S.) LTD., a New York Corporation, MERGERMARKET LIMITED, ION TRADING, INC., a New York Corporation, ION INVESTMENT GROUP LIMITED, a foreign corporation, ACURIS INC., a Delaware Corporation, DEALOGIC, L.L.C., a foreign LLC; and DOES 1-10, | Assigned to Honorable Haywood S. Gilliam, Jr. |
24 | | |
25 | | Action Filed: April 7, 2023 |
26 | | Action Removed: July 6, 2023 |
27 | Defendants. | Current Trial Date: March 10, 2025 |

28

**JOINT STIPULATION AND [ORDER TO AMEND SCHEDULING ORDER**
*Appin v. Mergermarket, et. al.*
Case No. 4:23-cv-03372-HSG

Plaintiff Ricky L. Appin ("Plaintiff") and Defendants Mergermarket (U.S.) Ltd., Dealogic, L.L.C., and Mergermarket Ltd. ("Defendants") (collectively, the "Parties"), through counsel of record, jointly submit the following Joint Stipulation to Amend the Scheduling Order (Regarding Pretrial Conference and Trial Dates Only). This Stipulation is made on the following bases:

1. WHEREAS, trial currently is scheduled to begin on March 10, 2025.

2. WHEREAS, on February 4, 2025, the Court issued several rulings, including rulings on Defendants' Motion for Summary Judgment and Plaintiff's Motion for Leave to Amend. *See* ECF No. 171.

3. WHEREAS, on February 4, 2025, the Court ordered the Parties to appear at a Further Status Conference, which it scheduled for February 11, 2025, at 2:00pm. *See id.*

4. WHEREAS, on February 5, 2025, the Court referred the action to Magistrate Judge Lisa J. Cisneros for settlement purposes. *See* ECF No. 178.

5. WHEREAS, the Parties are scheduled to participate in a settlement conference with Judge Cisneros on February 21, 2025, at 10:00am. *See* ECF No. 180.

6. WHEREAS, on February 11, 2025, the Parties appeared at the Further Status Conference and updated the Court on trial readiness and the upcoming settlement conference.

7. WHEREAS, during the Further Status Conference, the Parties explained to the Court that the current trial schedule and trial preparation activities were inhibiting the Parties' ability to settle the case.

8. WHEREAS, during the Further Status Conference, the Court expressed a willingness to continue the trial date (and related dates) by one or two months in order to help facilitate informal resolution.

//

//

//

1

**JOINT STIPULATION AND ORDER TO AMEND SCHEDULING ORDER**
*Appin v. Mergermarket, et. al.*
Case No. 4:23-cv-03372-HSG

NOW, THEREFORE, the Parties, through their respective counsel of record, stipulate to the following date options for a trial continuance:

|  | Trial Date(s) | Pretrial Conference Date | Deadline to File Pre-Trial Documents |
|---|---|---|---|
| ***Preferred Option*** | April 7 – 18, 2025 | March 25, 2025 | March 11, 2025 |
| **Second Option** | April 28 – May 9, 2025 | April 15, 2025 | April 1, 2025 |

Respectfully Submitted,

DATED: February 11, 2025                NICHOLS LAW, P.C.


                                        By: */s/ Sarah Nichols*
                                            Sarah Nichols
                                            *Attorneys for Plaintiff*
                                            Ricky L. Appin


DATED: February 11, 2025                DAVIS WRIGHT TREMAINE LLP


                                        By: */s/ Giancarlo Urey*
                                            Anna R. Buono
                                            Giancarlo Urey
                                            Nicholas K. Doherty
                                            *Attorneys for Defendants*
                                            MERGERMARKET (U.S.) LTD.,
                                            DEALOGIC, L.L.C., and
                                            MERGERMARKET LTD.

# ORDER

Having read and considered the Joint Stipulation and [Proposed] Order To Amend Scheduling Order (Regarding Pretrial Conference and Trial Dates Only), good cause appearing, the Court grants the Parties' Request and resets the dates as follows:

Pretrial Conference Date: March 25, 2025, at 3:00pm,

Trial Date: : April 7, 2025, at 8:30am,

The Parties pre-trial documents shall be due 14 days before the Pretrial Conference.

**IT IS SO ORDERED.**

Dated:  2/12/2025

                  HON. HAYWOOD S. GILLIAM, JR.
                  United States District Judge