Sarah R. Nichols (SBN 233099)
**NICHOLS LAW, P.C.**
9 Pier, Suite 100
San Francisco, CA 94111
Telephone: (415) 710-9116
Email:   Sarah@nicholslawyer.com

Maria Bourn (SBN 269322)
Anthony Tartaglio (SBN 280286)
**GOMERMAN BOURN & ASSOCIATES**
825 Van Ness Avenue, Suite 502
San Francisco, CA 94109
Telephone: (415) 545-8608
Email:   maria@gobolaw.com, tony@gobolaw.com
*Attorneys for Plaintiff*
RICKY L. APPIN

Anna R. Buono (SBN 232753)
Giancarlo Urey (SBN 267069)
Nicholas K. Doherty (*pro hac vice*)
**DAVIS WRIGHT TREMAINE LLP**
350 S. Grand Avenue, 27th Floor
Los Angeles, CA 90071
Telephone: (213) 633-6800
Email:   Annabuono@dwt.com, Giancarlourey@dwt.com
            Nicdoherty@dwt.com
*Attorneys for Defendants*
MERGERMARKET (U.S.) LTD.,
DEALOGIC, L.L.C., and MERGERMARKET LTD.

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| RICKY L. APPIN,<br><br>            Plaintiff,<br><br>    vs.<br><br>MERGERMARKET (U.S.) LTD., et. al,<br><br>            Defendants. | Case No. 4:23-cv-03372-HSG<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE UNDER FRCP 41(a)(1)(A)(ii)**<br><br>Assigned to Honorable Haywood S. Gilliam, Jr. |

1

STIPULATION OF DISMISSAL WITH PREJUDICE
Case No. 4:23-cv-03372-HSG
4901-9444-4337v.1 0122151-000001

**DAVIS WRIGHT TREMAINE** LLP
350 SOUTH GRAND AVENUE, SUITE 2700
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Ricky L. Appin ("Plaintiff") and Defendants Mergermarket (U.S.) Ltd., Dealogic, L.L.C., and Mergermarket Ltd. (collectively, "Defendants"), by and through their attorneys of record, hereby stipulate that this action be dismissed with prejudice as to all parties, with each party to bear their own costs and fees.

Dated: April 7, 2025

**NICHOLS LAW, P.C.;**
**GOMERMAN | BOURN & ASSOCIATES**
*Attorneys for Plaintiff*

By:   */s/ Sarah R. Nichols*
       Sarah R. Nichols

Dated: April 7, 2025

**DAVIS WRIGHT TREMAINE LLP**
*Attorneys for Defendants*

By:   */s/ Anna R. Buono*
       Anna R. Buono

*In compliance with Local Rule 5-1, the filer of this document attests under penalty of perjury that counsel for Plaintiff has concurred in the filing of this document and has authorized this filing.*

2

STIPULATION OF DISMISSAL WITH PREJUDICE
Case No. 4:23-cv-03372-HSG
4901-9444-4337v.1 0122151-000001

**DAVIS WRIGHT TREMAINE** LLP
350 SOUTH GRAND AVENUE, SUITE 2700
LOS ANGELES, CALIFORNIA  90071
(213) 633-6800
Fax: (213) 633-6899