Sarah R. Nichols (SBN 233099)
**NICHOLS LAW, P.C.**
9 Pier, Suite 100
San Francisco, CA 94111
Telephone: (415) 710-9116
Email:   Sarah@nicholslawyer.com

Maria Bourn (SBN 269322)
Anthony Tartaglio (SBN 280286)
**GOMERMAN BOURN & ASSOCIATES**
825 Van Ness Avenue, Suite 502
San Francisco, CA 94109
Telephone: (415) 545-8608
Email:   maria@gobolaw.com, tony@gobolaw.com
*Attorneys for Plaintiff*
RICKY L. APPIN

Anna R. Buono (SBN 232753)
Giancarlo Urey (SBN 267069)
Nicholas K. Doherty (*pro hac vice*)
**DAVIS WRIGHT TREMAINE LLP**
350 S. Grand Avenue, 27th Floor
Los Angeles, CA 90071
Telephone: (213) 633-6800
Email:   Annabuono@dwt.com, Giancarlourey@dwt.com
         Nicdoherty@dwt.com
*Attorneys for Defendants*
MERGERMARKET (U.S.) LTD.,
DEALOGIC, L.L.C., and MERGERMARKET LTD.

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| RICKY L. APPIN,<br><br>                    Plaintiff,<br><br>    vs.<br><br>MERGERMARKET (U.S.) LTD., et. al,<br><br>                    Defendants. | Case No. 4:23-cv-03372-HSG<br><br>**JOINT EXPLANATORY STATEMENT IN RESPONSE TO ORDER AT DOCKET NO. 204 REGARDING STIPULATION OF DISMISSAL WITH PREJUDICE UNDER FRCP 41(a)(1)(A)(ii)**<br><br>Assigned to Honorable Haywood S. Gilliam, Jr. |

JOINT EXPLANATORY STATEMENT
Case No. 4:23-cv-03372-HSG
4915-3388-9587v.1 0122151-000001

1

**DAVIS WRIGHT TREMAINE** LLP
350 SOUTH GRAND AVENUE, SUITE 2700
LOS ANGELES, CALIFORNIA  90071
(213) 633-6800
Fax: (213) 633-6899

In response to the Court's Order at Docket No. 204 asking for an explanation regarding why the Stipulation of Dismissal (Docket No. 203) did not "include all of the defendants in the matter," Plaintiff Ricky L. Appin ("Plaintiff") and Defendants Mergermarket (U.S.) Ltd., Dealogic, L.L.C., and Mergermarket Ltd. (collectively, "Defendants"), by and through their attorneys of record, respond as follows:

The stipulated dismissal was made on behalf of Plaintiff and all appearing Defendants. Plaintiff's operative complaint named as defendants (1) Mergermarket (U.S.) Ltd., (2) Dealogic, L.L.C., (3) Mergermarket Ltd., (4) ION Trading, Inc., (5) ION Investment Group Ltd., and (6) Acuris, Inc.

- Defendants 1-3 (Mergermarket (U.S.) Ltd., Dealogic, L.L.C., and Mergermarket Ltd.) answered the operative complaint and were ongoing parties to the action as of the date of filing Docket No. 203; thus, they are parties to the stipulated dismissal in Docket No. 203.

- Defendant 4 (ION Trading, Inc.) was dismissed by the Court on February 4, 2025 for lack of personal jurisdiction (Docket No. 171). As this Court acknowledged, it could not exercise personal jurisdiction over ION Trading, Inc. As such, ION Trading, Inc. never generally appeared nor answered the operative complaint.

- Defendant 5 (ION Investment Group Ltd.) was never served with the complaint and never appeared in this action.

- Defendant 6 (Acuris, Inc.) merged into Defendant Mergermarket (U.S.) Ltd. in September 2023, during the pendency of this action, and no longer exists as a separate entity. It did not answer or respond to the operative complaint because it was not a separate entity as of the date of the filing of the First Amended Complaint. (*See* Docket. No. 149-1 at Ex. 1 (certificate of merger)). As noted in Defendants' Motion for Summary Judgment (Docket No. 149 at n. 3), because Acuris, Inc. no longer existed, it was not a proper party to this action. *See Lindsey v. United Airlines, Inc.*, No. C 17-00753 WHA, 2017 WL 2404911 at *5 (N.D. Cal. June 2, 2017). The entity it merged into, Mergermarket (U.S.) Ltd., did stipulate to dismissal.

2

JOINT EXPLANATORY STATEMENT
Case No. 4:23-cv-03372-HSG
4915-3388-9587v.1 0122151-000001

DAVIS WRIGHT TREMAINE LLP
350 SOUTH GRAND AVENUE, SUITE 2700
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899

1  The dismissal was thus stipulated to by all the parties to the case who were present and at
2 issue.

Dated: April 8, 2025                              **NICHOLS LAW, P.C.;**
                                                  **GOMERMAN | BOURN & ASSOCIATES**
                                                  *Attorneys for Plaintiff*


                                                  By: __*/s/ Sarah R. Nichols*__
                                                       Sarah R. Nichols


Dated: April 8, 2025                              **DAVIS WRIGHT TREMAINE LLP**
                                                  *Attorneys for Defendants*


                                                  By: __*/s/ Anna R. Buono*__
                                                       Anna R. Buono


*In compliance with Local Rule 5-1, the filer of this document attests under penalty of perjury that counsel for Plaintiff has concurred in the filing of this document and has authorized this filing.*

3

JOINT EXPLANATORY STATEMENT
Case No. 4:23-cv-03372-HSG
4915-3388-9587v.1 0122151-000001

**DAVIS WRIGHT TREMAINE** LLP
350 SOUTH GRAND AVENUE, SUITE 2700
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899