Sarah R. Nichols (SBN 233099)
**NICHOLS LAW, P.C.**
9 Pier, Suite 100
San Francisco California 94111
Telephone: (415) 710-9116
Email:  Sarah@nicholslawyer.com

Maria Bourn (SBN 269322)
Anthony Tartaglio (SBN 280286)
**GOMERMAN BOURN & ASSOCIATES**
825 Van Ness Avenue, Suite 502
San Francisco, CA 94109
Telephone: (415) 545-8608
Email:  maria@gobolaw.com, tony@gobolaw.com

*Attorneys for Plaintiff*
RICKY L. APPIN

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RICKY L. APPIN,<br><br>           Plaintiff,<br><br>      vs.<br><br>MERGERMARKET (U.S.) LTD., a New York Corporation, ION TRADING, INC., a New York Corporation, ACURIS INC., a Delaware Corporation, and DOES 110,<br><br>           Defendants. | Case No. 4:23-cv-03372-HSG<br><br>**ORDER PURSUANT TO FRCP 41(A)(2) DISMISSING NAMED DEFENDANTS ACURIS, INC. AND ION INVESTMENT GROUP LTD. WITH PREJUDICE**<br><br>Assigned to Hon. Haywood S. Gilliam, Jr. |

Pursuant to the appearing parties' stipulation to dismiss this action in its entirety with prejudice (Dkt. No. 203), including Plaintiff's request to dismiss named Defendants Acuris, Inc. and ION Investment Group Ltd., who were not appearing parties as explained in the parties' Joint Explanatory Statement in Response to Dkt. No. 204 Regarding Stipulation of Dismissal with Prejudice under FRCP 41(a)(1(A)(ii) (Dkt. No. 205), **the Court ORDERS as follows**:

Named Defendants Acuris, Inc. and ION Investment Group Ltd. are hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

**IT IS SO ORDERED.**

DATED: 4/11/2025

_____
HON. HAYWOOD S. GILLIAM, JR.

ORDER DISMISSING ACURIS, INC. AND ION
INVESTMENT GROUP LTD.
Case No. 4:23-cv-03372-HSG